No. 94–1033. COMPUTER CURRICULUM CORP. *v.* INSTRUCTIONAL SYSTEMS, INC., ET AL. C. A. 3d Cir. Motions of Na-

tional Association of Manufacturers et al. and Computing Technology Industry Association for leave to file briefs as *amici curiae* granted.  Certiorari denied.